Oscar STILLEY and John Doe *v.* CITY of CONWAY
and Conway Regional Medical Center, Inc.
d/b/a Conway Regional Health System; Marcus
Vaden, Carl Roebuck, and Lawson Veasley, In
Their Official Capacity as County Election
Commissioners of Faulkner County, Arkansas;
Michael O. Garrett, In His Official Capacity
as City Clerk for the City of Conway

00-1144                                         31 S.W.3d 870

Supreme Court of Arkansas
Opinion delivered December 7, 2000

*Appellant,* pro se.

No response.

P ER CURIAM. ■ On November 8, 2000, appellant Oscar
Stilley, appearing *pro se,* filed a petition for writ of certiorari, requesting that the trial court clerk be directed to complete the record on appeal. We grant Mr. Stilley's petition, grant a thirty-day extension to complete the record, and direct the Supreme Court Clerk to issue a writ to the Faulkner County Circuit Clerk for the purpose of obtaining the transcript of testimony and exhibits in this case. The court reporter shall prepare a transcript of the trial for appeal and file the record with the supreme court clerk within thirty days from the date of this *per curiam* order. An appropriate briefing schedule will then be set by the clerk of this court. Mr. Stilley's motion for extension of time to file the brief on appeal is, therefore, moot.